IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| D'RON ADAMS, *Plaintiff,* | : : : | CIVIL ACTION |
| v. | : : | No. 18-1516 |
| TROOPER CHARLES H. STEINMETZ, et. al., *Defendants.* | : : : | |

## ORDER

AND NOW, this **28th** day of **January 2019**, upon consideration of Defendant, Darren Alston's, Motion for Judgment on the Pleadings (ECF No. 9) and Plaintiff's Response thereto (ECF No. 11), and consistent with the Court's accompanying Memorandum, it is hereby **ORDERED** and **DECREED** that Defendant, Darren Alston's, Motion for Judgment on the Pleadings (ECF No. 9) is **GRANTED**. All claims against Defendant Alston are **DISMISSED WITHOUT PREJUDICE**. Plaintiff is free to amend his Complaint as to Defendant Alston, only, on or before **February 11, 2019**.

BY THE COURT:

CHAD F. KENNEY, JUDGE